# NO. 12-23-00062-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***ERIC DWAYNE PAULK, APPELLANT*** | *§* | *APPEAL FROM THE 2ND* |
| ***V.*** | *§* | *JUDICIAL DISTRICT COURT* |
| ***THE STATE OF TEXAS, APPELLEE*** | *§* | *CHEROKEE COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
## *PER CURIAM*

Appellant, Eric Dwayne Paulk, filed a motion to dismiss this appeal. The motion is signed by Appellant and his counsel. No decision has been delivered in the appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered May 31, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 31, 2023**

**NO. 12-23-00062-CR**

**ERIC DWAYNE PAULK,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeal from the 2nd District Court

of Cherokee County, Texas (Tr.Ct.No. 22265)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*